**Order entered November 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01225-CR

### RICARDO ONTIVEROS RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82359-2013**

## ORDER

The Court **REINSTATES** the appeal.

On October 13, 2014, appellant's counsel filed a motion to dismiss the appeal that was not signed by appellant. In the motion, counsel stated that appellant refused to execute the motion to dismiss, but had indicated he did not wish to pursue the appeal. Because rule of appellate procedure 42.2(a) requires that a motion to dismiss be signed by both the appellant and counsel, we could not grant the motion as it stood. Therefore, on October 15, 2014 the Court ordered the trial court to make findings regarding whether appellant desired to pursue the appeal. We **ADOPT** the trial court's findings that: (1) appellant is indigent; (2) appellant stated he does want to pursue the appeal, but wanted to wait until he was released from prison; (3) the trial court and counsel tried to explain the appellate rules and timetables to appellant and the

unlikelihood of obtaining a later out-of-time appeal, but appellant did not "believe" them; and (4) because appellant clearly does wish to have his conviction reviewed, appellate counsel will proceed with the appeal.

We **ORDER** the Collin County District Clerk to file the clerk's record in this appeal within **THIRTY DAYS** of the date of this order.

We **ORDER** court reporter Kim Tinsley to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County District Clerk's Office; Kim Tinsley, official court reporter, 401st Judicial District Court; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE